

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 29 AM 9:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. **08 MJ 0605** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| **Felipe De Jesus JOYA Plazola** ) | 1324(a)(2)(B)(iii)- |
| Defendant. ) | Bringing in Illegal Aliens Without Presentation |

The undersigned complainant being duly sworn states:

On or about **February 27, 2008**, within the Southern District of California, defendant **Felipe De Jesus JOYA Plazola**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Susana NAVA-Fuentes, Maria Del Carmen NAVA-Fuentes** and **Jose AVITA-Chavez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **29th** day of **February, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE



## **PROBABLE CAUSE STATEMENT**

The complainant states that **Susana NAVA-Fuentes, Maria Del Carmen NAVA-Fuentes** and **Jaiver RIVAS-Martinez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 27, 2008, at about 10:00 p.m., **Felipe De Jesus JOYA Plazola (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver of a 1991 Ford Aerostar van. One visible female passenger accompanied Defendant. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented as his own, a Form DSP-150 (Border Crossing Card) bearing the name Edgar Perez Rodriguez. Defendant also presented a Border Crossing Card, bearing the name Claudia Elena Lagos Yagues on behalf of the passenger. Defendant gave a negative customs declaration and stated he intended to travel to Chula Vista, California. The CBP Officer suspected Defendant and passenger were imposters to the documents presented. During a cursory inspection of the rear area of the vehicle, the CBP Officer discovered human beings concealed underneath blue and black cloths. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, Defendant was determined to be an impostor to the document presented. Defendant admitted he is a citizen of Mexico, without legal documentation to enter the United States. The female passenger was also determined to be an imposter to the Border Crossing Card, presented on her behalf. Further examination of the vehicle revealed eleven human beings concealed in the rear are of the van, among them were three minor female siblings. All occupants in the vehicle were determined to be citizens of Mexico without legal documentation to enter the United States. Three of the eleven undocumented aliens were retained as a material witness and are now identified as **Susana NAVA-Fuentes, Maria Del Carmen NAVA-Fuentes** and **Jose AVITA-Chavez (Material Witnesses)**.

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit of counsel. Defendant admitted he is aware the passenger is an undocumented alien and that he purposely presented the Border Crossing Cards on their behalf, knowing that the Border Crossing Cards were not rightfully issued to them. Defendant admitted he agreed to drive the vehicle into the United States and deliver the vehicle, passenger and concealed individuals to an unknown location in California. Defendant admitted that he would be excluded from paying $2,500.00 USD to be smuggled into the United States.

On separate videotaped interviews, Material Witnesses declared they are citizens of Mexico without legal rights to enter the United States. Material Witnesses admitted they individually made arrangements to be smuggled into the United States and agreed to pay fees ranging from $2,000.00 to $3,000.00 USD to be smuggled in the United States. Material Witnesses admitted they intended to travel to different locations within the United States to seek residency and employment.