1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | carey_gorden@fd.org

Attorneys for Defendant Mr. Joya

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj0605 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| FELIPE DE JESUS JOYA PLAZOLA, | ) | |
| Defendant. | ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                 Respectfully submitted,

Dated: March 3, 2008         *s/ Carey D. Gorden*
                  Federal Defenders of San Diego, Inc.
                  Attorneys for Defendant
                  carey_gorden@fd.org