UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Felipe De Jesus Joya Plazola<br><br>Defendant(s) | CRIMINAL NO. 08CR737-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07376298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Susana Nava-Fuentes

DATED: 3-13-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

RECEIVED _____ DUSM